USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/3/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

PLAYMOBIL USA, INC.,

                Defendant.

19 Civ. 11198 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 17, 2019, the Court ordered the parties to submit a joint status letter and proposed case management plan by January 30, 2020. ECF No. 5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **February 4, 2020**.

    SO ORDERED.

Dated: February 3, 2020
       New York, New York

                                    ANALISA TORRES
                             United States District Judge