USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036 6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

Hannah Y. Chanoine
D: +1 212 326 2128
hchanoine@omm.com

February 4, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Guglielmo v. Playmobil USA, Inc.*, Case No. 1:19-cv-11198-AT

Dear Judge Torres:

Defendant Playmobil USA, Inc. ("Playmobil USA") seeks to adjourn the initial pretrial conference currently scheduled for February 6, 2020. Specifically, Playmobil USA respectfully proposes that the Court hold an initial pretrial conference in the above-captioned matter on either March 5, 2020, March 6, 2020, March 9, 2020, or otherwise on a date convenient to the Court after February 21, 2020, which is the current deadline for Playmobil USA to respond to Plaintiff's complaint. This is the first request to adjourn the initial pretrial conference and the third request to extend time that has been made in this case.[1] Playmobil USA asks for this adjournment because Playmobil USA's counsel must attend a previously scheduled court appearance in another matter on February 6, 2020. Playmobil USA has conferred with Plaintiff's counsel, who consents to this request and Playmobil USA's proposed dates for adjournment.

Respectfully Submitted,

/s/ Hannah Y. Chanoine

Hannah Y. Chanoine, Defendant's Counsel

GRANTED. The initial pretrial conference scheduled for February 6, 2020 is ADJOURNED to **March 5, 2020**, at **12:40 p.m.** By **February 27, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 4, 2020
New York, New York

ANALISA TORRES
United States District Judge