UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,
    Plaintiff,

v.

PLAYMOBIL USA, INC.

    Defendant.

_____/

CASE NO.: 1:19-cv-11198

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 13, 2020

| For Plaintiff Joseph Guglielmo | For Defendant Playmobil USA, Inc. |
|---|---|
| *[signature]*<br>David Paul Force<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>dforce@steinsakslegal.com | *[signature]*<br>Hannah Yael Shay Chanoine<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>Ph: 212-326-2128<br>hchanoine@omm.com |